IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MEGAN LORRAINE BOGAN**, | Case No. 6:21-CV-01743-IM |
| **Plaintiff,** | ORDER |
| v. | |
| **KILOLO KIJAKAZI,** Acting Commissioner of Social Security, | |
| **Defendant.** | |

Kevin Kerr, Schneider Kerr & Robichaux, P.O. Box 14490, Portland, Oregon 97293. Attorney for Plaintiff.

Natalie K. Wight, United States Attorney, and Renata Gowie, Assistant United States Attorney, United States Attorney's Office, 1000 SW Third Avenue, Suite 600, Portland, Oregon 97204; Benjamin J. Groebner, Special Assistant United States Attorneys, Office of General Counsel, Social Security Administration, 701 Fifth Avenue, Suite 2900 M/S 221A, Seattle, WA 98104. Attorneys for Defendant.

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant

PAGE 1 – ORDER

to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to give further consideration to the opinion evidence; to further consider the residual functional capacity; to offer the claimant an opportunity for a new hearing; to take any further action needed to complete the administrative record; and to issue a new decision.

**IT IS SO ORDERED.**

DATED this 16th day of September, 2020.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER